# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Seal, | No. CV-21-00601-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Prisons, | |
| Defendant. | |

**NOTICE TO PARTIES**

This Court adheres to Section D of the ECF Administrative Policies & Procedures Manual, specifically pages 8 & 9. Any motions, responses or replies filed for which a courtesy copy is not delivered to the Court, as required[1], will be stricken and not considered.

Dated this 12th day of April, 2021.

Honorable Susan M. Brnovich
United States District Judge

---

[1] All motions exceeding 10 pages in length, including exhibits and attachments.