GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KWAN PIENSOOK
Arizona State Bar No. 030743
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Facsimile:   (602) 514-7693
Kwan.Piensook@usdoj.gov

*Attorneys for Defendant Federal Bureau of Prison*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Seal, | No. CV-21-00601-PHX-SMB |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| Federal Bureau of Prisons, | |
| Defendant. | |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ryan Seal and Defendant Federal Bureau of Prisons[1], by and through undersigned counsel, hereby stipulate to dismiss this matter with prejudice, each party to bear its own attorneys' fees and costs.

    RESPECTFULLY SUBMITTED this 8th day of June, 2021.

                                      GLENN B. McCORMICK
                                      Acting United States Attorney
                                      District of Arizona

                                      *s/Kwan Piensook*
                                      KWAN PIENSOOK
                                      Assistant United States Attorney
                                      *Attorney for Defendant Federal*
                                      *Bureau of Prisons*

---

[1] The Complaint names the Federal Bureau of Prisons as the Defendant in this case. Pursuant to 5 U.S.C. § 552, the proper defendant in this action is the United States Department of Justice.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FIRST AMENDMENT CLINIC,
PUBLIC INTEREST LAW FIRM

*s/Gregg P. Leslie(with permission)*
GREGG P. LESLIE
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

Gregg P. Leslie,
Gregg.Leslie@asu.edu, Bar# 035040*
Jordan Igo, jaigo@asu.edu **
William Manchester, wmanches@asu.edu **
FIRST AMENDMENT CLINIC, PUBLIC INTEREST LAW FIRM
ARIZONA STATE UNIVERSITY SANDRA DAY O'CONNOR COLLEGE OF LAW
111 E. Taylor St., Mail Code 8820
Phoenix, AZ 85004
Telephone: (480) 727-7398
* Certified supervising attorney pursuant to L.R. Civ. 83.4(e)
** Certified student attorney pursuant to L.R. Civ. 83.4(e)
*Attorneys for Plaintiff*

*s/Mary C. Finlon*
U.S. Attorney's Office